UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

PHILLIP HEARD #777907     CASE NO. 1:23-CV-01009 SEC P

VERSUS     JUDGE DRELL

SHERIFFS OFFICE RAPIDES PARISH ET AL     MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Complaint and Amended Complaints (ECF Nos. 1, 6, 8) are DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 16 day of April 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT JUDGE